**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CARLTON ALLEN,**

          **Plaintiff,**

**-vs-**                                                   **Case No. 6:07-cv-901-Orl-22KRS**

**EQUIFAX INFORMATION SERVICES,**
**LLC, and ACOLLECT CORPORATION,**

          **Defendants.**

_____

**ORDER**

This cause is before the Court on Unopposed Motion to Withdraw as Counsel for Defendant, ACollect Corporation (Doc. No. 33) filed on March 27, 2008.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted, and that ACollect's Answer be stricken and a default entered.

After an independent *de novo* review of the record in this matter, and noting that no objections were filed, and that the copy mailed to ACollect was returned marked "Return to Sender; Attempted- Not Known. Unable to Forward", the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed April 16, 2008 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion to Withdraw as Counsel for Defendant, ACollect Corporation (Doc. No. 33) is **GRANTED**.

3. The Answer of ACollect (Doc. No. 11) is hereby **STRICKEN**. The Clerk is directed to enter a **DEFAULT** against ACollect Corporation.

4. No later than June 2, 2008 Plaintiff shall file his Motion for Default Judgment, along with supporting documentation.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 2, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record

ACollect Corporation
2168 Jog Road
West Palm Beach, FL 33415-6015

ANNE C. CONWAY
United States District Judge